IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT VILLAFRANCA, THOMAS MONROE, LINDA MONROE, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | CASE NO. 3-08-CV-118-K |
| v. | § § | CLASS ACTION |
| TICOR TITLE INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

TICOR TITLE INSURANCE COMPANY'S
MOTION FOR CERTIFICATION UNDER 28 U.S.C. § 1292(b)

Pursuant to 28 U.S.C. § 1292(b), Defendant Ticor Title Insurance Company

("Ticor") moves this Court to amend its order [Doc. No. 26 (the "Order")] denying

Ticor's motion to dismiss, to state that the necessary conditions are met for

interlocutory appeal because the Order involves controlling questions of law as to which

there are substantial grounds for difference of opinion and that an immediate appeal

would materially advance the ultimate termination of this litigation.  Rule 5(a)(3) of the

Federal Rules of Appellate Procedure permits the Court to amend the Order to include

the language required for certification.

The grounds in support of this Motion are more fully described in the Brief in

Support, filed contemporaneously herewith and incorporated herein by reference.

CERTIFICATE OF CONFERENCE

On August 1, 2008, counsel for Ticor, Derek Diaz, conferred with Plaintiff's

counsel, Eric Calhoun, via telephone.  Counsel discussed the criteria for interlocutory

appeal.  After that, Mr. Calhoun said that Plaintiff would not consent to the relief

requested in this Motion.

Respectfully submitted,

_/s/ Karin B. Torgerson_

OF COUNSEL:

Karin B. Torgerson
ktorgerson@lockelord.com
Texas Bar No. 00794745
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-3095
(214) 740-8000
(214) 740-8800 (fax)

Robert J. Fogarty
rjfogarty@hahnlaw.com
(admitted *pro hac vice*)
Steven A. Goldfarb
sagoldfarb@hahnlaw.com
(admitted *pro hac vice*)
Derek E. Diaz
ddiaz@hahnlaw.com
(admitted *pro hac vice*)
HAHN LOESER + PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
(216) 621-0150
(216) 241-2824 (fax)

Attorneys for Defendant
Ticor Title Insurance Company

## CERTIFICATE OF SERVICE

I certify that on this 15th day of August, 2008, a true and correct copy of the foregoing has been served on the following counsel of record pursuant to the Federal Rules of Civil Procedure:

Eric G. Calhoun
Richard J. Pradarits Jr.
Travis & Calhoun, P.C.
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas 75244
eric@travislaw.com

Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
Katherine Bornstein
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
jmeltzer@sbtklaw.com


*/s/ Karin B. Torgerson*
Karin B. Torgerson